UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WAI KUEN CHU, DONNY VALLEJO, and
RICHARD LEE, *on behalf of themselves and
all others similarly situated*,

    Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG ELECTRONICS CO.,
LTD.,

    Defendants.

Civil Action No. 1:18-cv-11742-SN

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

hereby stipulate to dismissal of this action with prejudice, with all parties to bear their own costs.

Respectfully Submitted,

/s/ C.K. Lee

Robert J. Katerberg (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

C.K. Lee
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011

*Attorney for Defendants*

*Attorney for Plaintiffs*

Dated: July 27, 2020